# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA CALEB SHUE, | Case No. 2:20-cv-02025-KJD-BNW |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 14), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 14) is **GRANTED**. Petitioner will have up to and including September 7, 2021, to file a first amended petition for a writ of habeas corpus.

DATED: May 6, 2021

_____
KENT J. DAWSON
United States District Judge

1