# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA CALEB SHUE, | Case No. 2:20-cv-02025-KJD-BNW |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 17), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 17) is **GRANTED**. Respondents will have up to and including July 15, 2021, to file a response to the motion for discovery (ECF No. 16).

DATED: July 14, 2021

_____
KENT J. DAWSON
United States District Judge

1