1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                              **DISTRICT OF NEVADA**

10

11    JOSHUA CALEB SHUE,                          Case No. 2:20-cv-02025-KJD-BNW

12                    Petitioner,                  **ORDER**

13           v.

14    CALVIN JOHNSON, et al.,

15                    Respondents.

16

17          Petitioner having filed an unopposed motion for extension of time (second request) (ECF

18    No. 21), and good cause appearing;

19          IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time

20    (second request) (ECF No. 21) is **GRANTED**.  Petitioner will have up to and including October

21    7, 2021, to file a first amended petition for a writ of habeas corpus.

22          DATED:  September 7, 2021

23                                                 _____

24                                                 KENT J. DAWSON
                                                   United States District Judge
25

26

27

28

                                               1