1
2
3
4
5
6
7

8                      **UNITED STATES DISTRICT COURT**

9                           **DISTRICT OF NEVADA**

10

11   JOSHUA CALEB SHUE,                    Case No. 2:20-cv-02025-KJD-BNW

12              Petitioner,                **ORDER**

13        v.

14   CALVIN JOHNSON, et al.,

15              Respondents.

16

17        Respondents having filed an unopposed motion for enlargement of time (first request)

18   (ECF No. 25), and good cause appearing;

19        IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of

20   time (first request) (ECF No. 25) is **GRANTED**.  Respondents will have up to and including

21   January 20, 2022 to file a response to the first amended petition.

22        DATED:  December 1, 2021

23                                         _____
                                           KENT J. DAWSON
24                                         United States District Judge

25
26
27
28

                                            1