1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11   JOSHUA CALEB SHUE,

Case No. 2:20-cv-02025-KJD-BNW

12          Petitioner,

**ORDER**

13       v.

14   CALVIN JOHNSON, et al.,

15          Respondents.

16

17       Respondents have filed unopposed motions for enlargement of time (first and second

18   requests).  ECF No. 43, 44.  The court finds that good cause exists to grant the motions.

19       Respondents also have filed a motion for leave to file exhibits under seal.  ECF No. 39.

20   The exhibits in question are petitioner's presentence investigation report and supplemental

21   presentence investigation report, both of which contain confidential and sensitive information.

22   The court finds that compelling reasons exist to file these exhibits under seal.  See Kamakana v.

23   City and County of Honolulu, 447 F.3d 1172, 1178-79 (9th Cir. 2006).

24       IT THEREFORE IS ORDERED that respondents' unopposed motions for enlargement of

25   time (first and second requests) (ECF No. 43, 44) are **GRANTED**.  Respondents will have up to

26   and including March 22, 2022 to file a reply in support of their motion to dismiss (ECF No.

27   27). ///

28   ///

1

1    IT FURTHER IS ORDERED that respondents motion for leave to file exhibits under seal

2  (ECF No. 39) is **GRANTED**.

3    DATED:  March 7, 2022

4                                                                                    _____

5                                                                                    KENT J. DAWSON
                                                                                     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28