UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA CALEB SHUE,<br><br>                Petitioner,<br>v.<br>CALVIN JOHNSON, et al.,<br><br>                Respondents. | Case No. 2:20-cv-02025-KJD-BNW<br><br>**ORDER** |

      Respondents have filed an unopposed motion for enlargement of time (first request), to file an answer to the first amended petition, or any potential second amended petition that may be filed upon completion of discovery. ECF No. 54. The court finds that good cause exists to grant the motion.

      IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 54) is **GRANTED**. Respondents will have up to and including January 20, 2023, to file an answer to the first amended petition, or any potential second amended petition.

DATED THIS ___5th___ day of December 2022.

_____
KENT J. DAWSON
United States District Court