UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA CALEB SHUE,<br><br>    Petitioner,<br>v.<br>CALVIN JOHNSON, et al.,<br><br>    Respondents. | Case No. 2:20-cv-02025-KJD-BNW<br><br>**ORDER** |

Respondents have filed an unopposed motion for enlargement of time (second request) to file an answer to the first amended petition, or any potential second amended petition that petitioner may file. ECF No. 56. The court finds that good cause exists to grant the motion.

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 56) is **GRANTED**. Respondents will have up to and including March 6, 2023, to file an answer to the first amended petition, or any potential second amended petition.

DATED THIS  20  day of January 2023.

_____
KENT J. DAWSON
United States District Court