UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA CALEB SHUE,<br><br>                Petitioner,<br>v.<br>CALVIN JOHNSON, et al.,<br><br>                Respondents. | Case No. 2:20-cv-02025-KJD-BNW<br><br>**ORDER** |

      Respondents have filed an unopposed motion for enlargement of time (fourth request) to file an answer to the first amended petition. ECF No. 60. The court finds that good cause exists to grant the motion.

      IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (fourth request) (ECF No. 60) is **GRANTED**. Respondents will have up to and including May 8, 2023, to file an answer to the first amended petition.

DATED THIS   24   day of April 2023.

                                        KENT J. DAWSON
                                        United States District Court