UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA CALEB SHUE,<br><br>                    Petitioner,<br>    v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>                    Respondents. | Case No. 2:20-cv-02025-KJD-BNW<br><br>ORDER |

      On May 8, 2023, Respondents filed a motion to extend time to file an answer (fifth request) and have since filed their answer. (*See* ECF Nos. 63, 64). The Court grants the motion to extend time (ECF No. 63) *nunc pro tunc*.

      Petitioner files an unopposed motion to extend time to file a reply (first request) until September 11, 2023. (ECF No. 65). The Court finds good cause exists to grant the unopposed motion for extension of time (first request). Petitioner will have up to and including September 11, 2023, to file a reply to the first amended petition.

      DATED THIS 14th day of June 2023.

_____
UNITED STATES DISTRICT JUDGE