UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA CALEB SHUE,<br><br>                Petitioner,<br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>                Respondents. | Case No. 2:20-cv-02025-KJD-BNW<br><br>**ORDER** |

      Petitioner files an unopposed motion to extend time until March 11, 2024, to file a reply (second request) to the amended petition. (ECF No. 67). Petitioner seeks a 182-day extension of time to file a reply because counsel will be leaving for maternity leave on or around October 23, 2023. (*Id.* at 2-3). While the Court expresses sympathy for counsel's upcoming leave, the Court also has a duty to manage its docket and move cases to resolution. Once Petitioner files his reply, the Court may address the merits of his amended petition.

      The Court **DENIES IN PART AND GRANTS IN PART** the motion for extension of time (ECF No. 67). Petitioner will have up to and including October 31, 2023, to file a reply to the first amended petition.

      DATED THIS 13th day of September 2023.

                                                      UNITED STATES DISTRICT JUDGE