UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA CALEB SHUE,<br><br>            Petitioner,<br>     v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>            Respondents. | Case No. 2:20-cv-02025-KJD-BNW<br><br>**Order directing the parties to file exhibits in compliance with LR IC 6-1** |

Upon review of the exhibits filed in this matter, it appears the parties failed to fully comply with the redaction requirements of LR IC 6-1. (*See* ECF Nos. 8 at 3, 7, 9; 28-4 at 48, 63; 29-4 at 18; 30-4 at 3; 35-7 at 11.) Compelling reasons exist to seal the documents as they contain personal-data identifiers, and parties cannot change filings. *See* LR IC 6-1(a)(2) ("If the involvement of a minor child must be mentioned, only the initials of that child should be used."); LR IC 6-1(a)(5) ("If a home address must be included, only the city and state should be listed.").

**IT IS THEREFORE ORDERED:**

1. The petitioner must file a redacted publicly available copy of the document filed as ECF No. 8, in compliance with LR IC 6-1(a)(2), **by February 21, 2024**.

2. The respondents must file redacted publicly available copies of the documents filed as ECF Nos. 28-4, 29-4, 30-4, and 35-7, in compliance with LR IC 6-1(a)(2) and (a)(5), **by February 21, 2024**.

3. The clerk of the court shall seal the exhibits filed as ECF documents 8, 28-4, 29-4, 30-4, and 35-7.

DATED: 02/06/2024

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE